■

## SHEARSON LEHMAN BROTHERS, INC.

v.

## DEPT. OF BUSINESS REGULATION et al.

### No. 85–187–M.P.

Supreme Court of Rhode Island.
Aug. 2, 1985.

Herbert F. DeSimone, DeSimone & Del-Sesto Law Corporation, Providence, for plaintiff.

Arlene Violet, Atty. Gen., Constance L. Messore, Maura C. Travers, Linda E. Buffardi, Sp. Asst. Attys. Gen., for defendant.

### ORDER

The petition for writ certiorari is denied as moot.

BEVILACQUA, C.J., did not participate.

### ORDER

The petition for writ of certiorari is denied.

■

## David ROURKE

v.

## STATE.

### No. 85–214–M.P.

Supreme Court of Rhode Island.
June 13, 1985.

David Rourke, pro se.

Arlene Violet, Atty. Gen., Constance L. Messore, Sp. Asst. Atty. Gen., for defendant.

### ORDER

The petition for habeas corpus is denied.

■

## Robert F. O'BRIEN

v.

## Albin J. RICHTARIK et al.

### No. 85–231–M.P.

Supreme Court of Rhode Island.
June 13, 1985.

G. John Gazerro, Jr., West Warwick, for plaintiff.

Robert J. DeCesaris, Cranston, Frederick A. Costello, Lynch, DiLuglio, Pannone & Costello, Warwick, for defendants.

Terrance Turner, Cranston, for Douglas A. Turner.

■

## Rita SLOANE

v.

## Shirley E. BATON.

### No. 85–19–M.P.

Supreme Court of Rhode Island.
June 13, 1985.

Peter D. Nolan, Coventry, for plaintiff.

Frank J. Williams, Michael Ursillo, Providence, for defendant.